# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 16, 2013

**Before**

DIANE P. WOOD, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *District Judge*

No. 13-1854

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellee,* | District Court for the Western |
| | District of Wisconsin. |
| *v.* | |
| | No. 3:11-cr-00126-bbc-1 |
| BERNARD C. SEIDLING, | |
| *Defendant-Appellant.* | Barbara B. Crabb, |
| | *Judge.* |

## O R D E R

The opinion issued in the above-entitled case on December 16, 2013, is hereby amended as follows:

Page 13, line 13, first full paragraph: Although Seidling "entered a plea of guilty" should be changed to: Although Seidling "stipulated to the facts".